441 A.2d 461

Commonwealth v. Jewett, Appellant.
Petition for Allowance of Appeal Denied March 8, 1982.

Argued October 5, 1981. Austin J. McGreal, for appellant; Mary Ann Cox, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.